UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BLOXTON, | No. 2:15-cv-1988-KJN |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| WHITE CAP READY MIX, INC., et al., | |
| Defendants. | |

On January 27, 2016, this action was reassigned to the undersigned for all further proceedings, including trial, based on the parties' statements of consent to the jurisdiction of a United States Magistrate Judge. (ECF Nos. 20, 21, 22, 23.)[1] At the time this action was reassigned, no Status (Pre-trial Scheduling) Conference had occurred in this action, and no Scheduling Order was in place. Accordingly, on February 2, 2016, the undersigned issued an order setting a Status (Pre-trial Scheduling) Conference in this matter for March 10, 2016. (ECF No. 24.) The parties were ordered to file status reports briefly describing this case and addressing several topics set forth in that order by no later than fourteen (14) days prior to the March 10,

---

[1] This action proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (ECF Nos. 20, 21, 22). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E.D. Cal. Local Rule 301.

1

2016 hearing date, or February 25, 2016. (Id.) A review of the docket shows that none of the parties filed a status report by that date.[2]

    Accordingly, IT IS HEREBY ORDERED that:

1. The Status (Pre-trial Scheduling) Conference currently scheduled for March 10, 2016, is CONTINUED to April 7, 2016, at 10:00 a.m.
2. By no later than March 24, 2016, the parties shall show cause in writing why they should not each be sanctioned $200 for their failures to comply with the court's February 2, 2016 order. The parties may file a joint written response to the order to show cause, if appropriate.
3. By no later than March 24, 2016, the parties shall file status reports addressing the topics set forth in the court's February 2, 2016 order (ECF No. 24).
4. Failure to comply with this order may result in increased monetary sanctions or any other appropriate sanctions.

IT IS SO ORDERED.

Dated: March 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] To date, none of the parties have filed a status report as directed by the court's February 2, 2016 order. Defendant/cross-complainant White Cap Ready Mix, Inc. filed a Rule 26 disclosure on February 9, 2016. (ECF No. 25.) However, that filing cannot in any way be construed as a status report in conformance with the court's February 2, 2016 order.

2