**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E. S. DEACON, SBN 127638
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile:   (916) 442-4118

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BLOXTON,<br><br>                Plaintiff,<br><br>       v.<br><br>WHITE CAP READY MIX, INC.,<br><br>                Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:15-CV-01988-KJN<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER, INCLUDING TRIAL DATE, AND TO RESET TRIAL DATE PURSUANT TO STIPUATION**<br><br>Complaint Filed: September 18, 2015<br><br>Trial Date: February 13, 2017 |

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that by and between the parties hereto, by and through their respective attorneys of record, that this Court's March 14, 2016 pre-trial scheduling order is modified such that the trial date for this case is rescheduled to **June 12, 2017**; non expert discovery is to be completed no later than **January 15, 2017**; law and motion regarding discovery is

to be heard no later than **February 16, 2017**;[1] expert disclosure is to be made by the parties simultaneously on **March 1, 2017**; and the final pretrial conference date is rescheduled to **April 27, 2017**.[2]

    IT IS SO ORDERED.

Dated:  August 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties stipulated to reschedule the discovery law and motion deadline to February 15, 2016.  In order to better align the proposed deadline with the court's civil law and motion calendar, the court instead reschedules it to February 16, 2017.  If any of the parties have objections to this change, they shall file with the court written objections providing good cause for why this deadline should instead be rescheduled on the date to which the parties originally stipulated.

[2] In their stipulation, the parties request that the court reschedule the final pretrial conference to a date convenient to the court's calendar relative to the rescheduled trial start date of June 12, 2017.  (ECF No. 34 at 1.)  The court finds that rescheduling the final pretrial conference to April 27, 2017 satisfies these criteria.