1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      WADE BLOXTON,                                    No.  2:15-cv-1988-KJN

12                     Plaintiff,

13             v.                                        ORDER

14      WHITE CAP READY MIX, INC.,

15                     Defendant.

16

17             Good cause appearing, the court APPROVES the parties' stipulation regarding completion

18      of expert discovery.  (ECF No. 38.)

19             Accordingly, the modified pre-trial scheduling order filed on August 8, 2016 (ECF No.

20      37) is further MODIFIED as follows:

21             1.  Plaintiff Wade Bloxton may conduct an inspection of defendant White Cap Ready

22                 Mix, Inc.'s cement mixer truck involved in the incident giving rise to the claims in this

23                 matter by no later than June 30, 2017.

24             2.  Absent further stipulation of the parties showing good cause, all other non-expert

25                 discovery is now completed pursuant to the schedule set forth in the modified pre-trial

26                 scheduling order filed on August 8, 2016.

27             3.  Expert disclosures shall be made simultaneously by all parties on July 17, 2017.

28      ////

                                                     1

1        4.  The final pretrial conference is CONTINUED to November 2, 2017, at 9:00 a.m., in

2             Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman.

3        5.  The trial commencement date is CONTINUED to December 4, 2017, at 9:00 a.m., in

4             Courtroom 25 (KJN) before Magistrate Judge Kendall J. Newman.

5      IT IS SO ORDERED.

6  Dated:  March 10, 2017

7

8                                  KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2