**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E.S. DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiff
WADE BLOXTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BLOXTON, | Case No.: 2:15-CV-01988-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | Complaint Filed: September 18, 2015 |
| WHITE CAP READY MIX, INC., et al., | Trial Date: June 12, 2017 |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each Party to bear their own attorneys' fees and costs.

DATED: May 9, 2017.                    **WILCOXEN CALLAHAM, LLP**


By:    _/s/ E.S. Deacon_____
E.S. DEACON
Attorneys for Plaintiff
WADE BLOXTON

{00152276}

-1-

**STIPULATION FOR DISMISSAL AND ORDER THEREON**

DATED: May 9, 2017        HOLLINGHEAD & ASSOCIATES

                          By:    _/s/ Anna J. Neimann_____
                                 ANNA J. NEIMANN
                                 Attorneys for Defendant and
                                 Cross-Complainant
                                 White Cap Ready Mix, Inc.


DATED:  May 24, 2017       CARBONE, SMOKE, ET AL.


                          By:    _/s/ Kyle W. Memmott_____
                                 KYLE W. MEMMOTT
                                 Attorneys for Cross-Defendant
                                 Leigh Webster


**ORDER**

IT IS SO ORDERED.

Dated:  June 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

{00152276}

-2-

STIPULATION FOR DISMISSAL AND ORDER THEREON