Anna J. Niemann (SBN 165326)
HOLLINGSHEAD & ASSOCIATES
P. O. Box 293328
Sacramento, CA 95829
Telephone: (916) 630-3803
Fax: (916) 630-3848
Email: aniemann@wedefend.com

Attorneys for Defendant
WHITE CAP READY MIX, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE BLOXTON,<br><br>                Plaintiff,<br><br>v.<br><br>WHITE CAP READY MIX, INC.,<br><br>                Defendant. | CASE NO. 2:15-CV-01988-KJN<br><br>**STIPULATION FOR DISMISSAL OF COUNTER-CLAIM AND CROSS-CLAIM AND ORDER THEREON**<br><br><br>Action Filed:  September 18, 2015<br>Trial Date:     June 12, 2017 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the Cross-Claim and Counter-Claims of White Cap Ready Mix in the above-captioned action be and hereby is dismissed with prejudiced pursuant to FRCP 41(a)(1). Each party to bear their own attorneys' fees and costs.

DATED: June 6, 2017                HOLLINGSHEAD & ASSOCIATES

                                          By:  **/s/ ANNA J. NIEMANN**
                                                 ANNA J. NIEMANN
                                                 Attorneys for Defendant
                                                 WHITE CAP READY MIX, INC.

DATED: June 6, 2017        WILCOXEN CALLAHAM, LLP


                           By:  /s/ E.S. DEAON
                                E.S. DEACON
                                Attorneys for Plaintiff
                                WADE BLOXTON


DATED: June 6, 2017        CARBONE, SMOKE, ET AL.


                           By:  /s/ KYLE W. MEMMOTT
                                KYLE W. MEMMOTT
                                Attorneys for Cross-Defendant
                                LEIGH WEBSTER


**ORDER**

   IT IS SO ORDERED.


DATED: JUNE 14, 2017

                                _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE